# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2383

_____

| | | |
|---|---|---|
| The Estate of Philip Peterson by its Administratrix Sandra Peterson, | * * * | |
| Appellant, | * * | |
| Liberty Mutual Insurance Company, also known as Liberty Mutual, | * * * | |
| Intervenor, | * * | Appeal from the United States District Court for the Western District of Arkansas. |
| v. | * * | |
| United States of America, | * * | [UNPUBLISHED] |
| Defendant, | * * | |
| Holsted Company, Inc., | * * | |
| Appellee. | * | |

_____

Submitted: October 7, 1998
Filed: January 12, 1999

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

The Estate of Philip Peterson (Estate) appeals the district court's[1] adverse grant of summary judgment on the Estate's tort claim against Holsted Company, Inc. After considering the parties' arguments and reviewing the record, we find no error of law in the court's ruling. We therefore affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.